UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED 11/4/15
BY [signature]
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>)<br>JOELL T. JOYCE (a.k.a. "Prince"), )<br>             Defendant.    ) | Crim. No. 5:15-cr-156 |

## INDICTMENT

### COUNT ONE

The Grand Jury charges:

From, in or about, November 2014 to, in or about, April 2015, in the District of Vermont, defendant JOELL JOYCE (a.k.a. "Prince"), along with others known and unknown to the Grand Jury, knowingly and willfully conspired to distribute cocaine base, a Schedule II controlled substance and heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 846, 841(a), 841(b)(1)(C))

## COUNT TWO

The Grand Jury further charges:

On or about April 29, 2015, in the District of Vermont, defendant JOELL JOYCE (a.k.a. "Prince"), knowingly and intentionally possessed with intent to distribute cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C); 18 U.S.C. § 2)

A TRUE BILL

_____
FOREPERSON

_Eric S. Miller_ (by JRP)
ERIC S. MILLER
United States Attorney
Rutland, Vermont
November 4, 2015