UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 NOV 18 PM 12: 48

CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 5:15-CR-156 |
| ) | |
| JOELL T. JOYCE (a.k.a. "Prince"), ) | |
| Defendant. ) | |

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges:

From, in or about, November 2014 to, in or about, April 2015, in the District of Vermont, defendant JOELL JOYCE (a.k.a. "Prince"), along with others known and unknown to the Grand Jury, knowingly and willfully conspired to distribute cocaine base, a Schedule II controlled substance and heroin, a Schedule I controlled substance. JOELL JOYCE's conduct as a member of the conspiracy, including the reasonably foreseeable conduct of other members of the conspiracy, involved 28 grams or more of a mixture or substance containing a detectable amount of cocaine base.

(21 U.S.C. §§ 846, 841(a), 841(b)(1)(B))

## COUNT TWO

The Grand Jury further charges:

On or about April 29, 2015, in the District of Vermont, defendant JOELL JOYCE (a.k.a. "Prince"), knowingly and intentionally possessed with intent to distribute cocaine base, a Schedule II controlled substance. This offense involved 28 grams or more of a mixture or substance containing a detectable amount of cocaine base.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(B); 18 U.S.C. § 2)

A TRUE BILL

FOREPERSON

_Eric S. Miller_ (by JRP)
ERIC S. MILLER
United States Attorney
Rutland, Vermont
November 18, 2015